# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA  ☑ RS  ☐ SA  ☐ **UNDER SEAL** |
| | CASE NUMBER: 5:23-mj-00457 |
| v. | ☑ COMPLAINT ☐ INFORMATION |
| Ezequiel Felix Lopez | ☐ INDICTMENT ☐ CLASS B MISDEMEANOR |
| | ☐ SUMMONS ☐ OUT OF DISTRICT AFFIDAVIT |
| | ☐ PSA/ ☐ PO WARRANT ☐ EXTRADITION |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | FILED: 9/23/2023   VIOLATION: 18 U.S.C. §§ 1201(a)(1) |
| | DATE: 9/25/2023   TIME: 2:00 PM |
| | CourtSmart: r/s 3 ECRO S. Smith |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Kenly Kiya Kato | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Rachel Maurice — *Deputy Clerk* | Dahlquist, Peter — *Assistant U.S. Attorney* | Alma Scorzelli / Spanish — *Interpreter / Language*

- ☐ INITIAL APPEARANCE NOT HELD-CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**
- ☑ Attorney: Juarez, Carlos L.   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
- Ordered (see separate order) ☐ Special appearance by: _____
- ☐ Contested detention hearing is held.
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☑ Preliminary Hearing set for 10/10/23 at 4:30 PM in Riverside
- ☑ Post-Indictment Arraignment set for: 10/17/23 at 10:00 AM in Riverside
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By: _____ *Deputy Clerk*
  - ☐ Warrant of removal and final commitment are ordered stayed until _____.
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
- Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- RELEASE ORDER NO: _____
- ☐ Other: _____

cc: ☑ *USPO* | ☑ PSA | ☑ FINANCIAL | ☑ READY | Deputy Clerk Initials ram : 04

M-5 (08/21)  CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE  Page 1